Ellwanger, deceased. Proceeding by William T. Plumb, special guardian, against Henry Selden Bacon. No opinion. Decree (114 N. Y. Supp. 727) affirmed, with costs and disbursements. See, also, 132 App. Div. 945, 117 N. Y. Supp. 1133.

ENGLER, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Charles Engler against the International Railway Company.
PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.
SPRING, J., not sitting.

ENRIGHT, Respondent, v. MURTHA & SCHMOHL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by James Enright, an infant, against the Murtha & Schmohl Company. F. Barker, for appellant. P. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ERIE R. CO., Appellant, v. WILLIAMS, Labor Com'r, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the Erie Railroad Company against John Williams, as Commissioner of Labor of the State of New York.
PER CURIAM. Judgment affirmed, with costs.
KELLOGG and SEWELL, JJ., dissent.

FALTINOW et al., Respondents, v. COPLAND–RAYMOND CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Frank Faltinow and George H. Miller, copartners, etc., against the Copland-Raymond Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FARNHAM v. LE BOLT & CO. (Supreme Court, Appellate Division, Third Department. January 7, 1910.) Action by George A. Farnham against Le Bolt & Co.
PER CURIAM. Decision (133 App. Div. 520, 117 N. Y. Supp. 730) amended, so as to add thereto, nunc pro tunc as of the time when the decision was handed down, "with leave to the plaintiff to withdraw demurrer upon payment of the costs in this court and the court below."

FIESEL v. WHITE SEWING MACH. CO. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by John Fiesel against the White Sewing Machine Company. No opinion. Motion granted. Order filed. See, also, 134 App. Div. 358, 119 N. Y. Supp. 67.

FIGHT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by William A. Fight against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

FIRST NAT. BANK OF SING SING, Respondent, v. LARKIN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the First National Bank of Sing Sing against Francis Larkin, as administrator de bonis non of Francis Larkin, deceased, impleaded with another. No opinion. Judgment affirmed, with costs. See, also, 124 App. Div. 928, 109 N. Y. Supp. 1130.

FISCHEL, Appellant, v. FISCHEL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Jacob Fischel against Harry Fischel and others. A. B. Parker, for appellant. J. A. Seidman, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 123 App. Div. 926, 108 N. Y. Supp. 1132.

FISCHEL Respondent, v. LESE, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Harry Fischel against Louis Lese, impleaded with others. J. D. Connolly, for appellant. J. A. Seidman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FITZGERALD, Appellant, v. UNION LAUNDRY CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Edward Fitzgerald, an infant, by Miranda Markham, his guardian ad litem, against the Union Laundry Company. No opinion. Judgment unanimously affirmed, with costs.

In re FLOWER. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of Jewell Flower. No opinion. Reference ordered. Settle order on notice.

FLYNN v. NEW YORK TAXICAB CO. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Anna A. Flynn against the New York Taxicab Company. No opinion. Motion denied. Settle order on notice. See, also, 119 N. Y. Supp. 1125.

FOOTE, Appellant, v. READ et al., Respondents. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Elizur V. Foote, as executor, against William C. Read and others. R. E. Dwight, for appellant. C. Haldane, for respondents.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
SCOTT, J., dissents.